**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:26-cv-61595-WPD**

**RICHARD STEPHENSON**

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES, LLC,**

**Defendant.**

_______________________________________/

# JOINT NOTICE OF SETTLEMENT

Plaintiff Richard Stephenson and Defendant Equifax Information Services, LLC ("Defendant"), submit this Joint Notice of Settlement and state that Plaintiff and Defendant have reached a settlement with regard to the claims against Defendant and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the appropriate dismissal documents will be filed with the Court.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED: August 26, 2026

Respectfully Submitted,

/s/ Cortney Walters
**CORTNEY WALTERS, ESQ.**
Florida Bar No. 125159
E-mail: pleadings@cewlawoffice.com
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, Florida 33020
Phone: (954) 874-8022

*COUNSEL FOR PLAINTIFF*

SQUIRE PATTON BOGGS (US) LLP
*By: /s/ Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: jason.joffe@squirepb.com
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 26, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Cortney Walters
Cortney Walters, Esq.